## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Mag. No. 14-5037 |
| | : | |
| v. | : | Hon. Tonianne J. Bongiovanni |
| | : | |
| LUIS G. ROGERS, SR. | : | |
| | : | **ORDER FOR CONTINUANCE** |

This matter having come before the Court on the joint application of William E. Fitzpatrick, Acting United States Attorney for the District of New Jersey (by J. Brendan Day, Assistant United States Attorney), and defendant Luis G. Rogers, Sr. (by Lisa Van Hoeck, Assistant Federal Public Defender), for an order granting a continuance of the proceedings in the above-captioned matter from the date of this order through January 30, 2018, and the defendant being aware that he has the right to have the matter submitted to a grand jury within 30 days of the date of his arrest pursuant to Title 18 of the United States Code, Section 3161(b), and the defendant through his attorney having consented to the continuance, and eighteen prior continuances having been granted by the Court; for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations are ongoing, and both the United States and the defendant seek additional time to achieve a successful resolution of these negotiations, which would render trial of this matter unnecessary;

2.   Defendant has consented to the aforementioned continuance;

3.   The grant of a continuance will likely conserve judicial resources; and

4.   Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends

of justice served by granting the continuance outweigh the best interests of

the public and the defendant in a speedy trial.

**WHEREFORE**, it is on this 30 day of November, 2017,

**ORDERED** that the proceedings scheduled in the above-captioned matter are

continued from the date of this Order through and including January 30, 2018;

**IT IS FURTHER ORDERED** that the period from the date of this Order through

and including January 30, 2018 shall be excludable in computing time under the Speedy Trial

Act of 1974.

HONORABLE TONIANNE J. BONGIOVANNI
UNITED STATES MAGISTRATE JUDGE

Consented and Agreed By:

Lisa Van Hoeck, Esq.
Counsel for Defendant

J. Brendan Day
Assistant United States Attorney